# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| KATIE CASTLE, | ) | |
| | ) | Case No. 2:20-cv-80 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

On June 21, 2021, United States Magistrate Susan K. Lee filed a report and recommendation (Doc. 26) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). In the report and recommendation, Magistrate Judge Lee recommended that Plaintiff Katie Castle's motion for judgment on the pleadings (Doc. 20) be granted, the Commissioner's motion for summary judgment (Doc. 22) be denied, and that the Commissioner's decision denying benefits be reversed and remanded for further proceedings consistent with the report and recommendation. (Doc. 26.) On June 29, 2021, the Commissioner, but and through the Acting United States Attorney, advised that the Government has no objection to the report and recommendation. (Doc. 27.) The Court has now reviewed the report and recommendation, as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure (Doc. 26);

- Castle's motion for judgment on the pleadings (Doc. 20) is **GRANTED**;

- The Commissioner's motion for summary judgment (Doc. 22) is **DENIED**; and

- The Commissioner's decision denying benefits is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the report and recommendation.

- The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT